IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 112

| | |
|---|---|
| LESLIE A. WHITTINGTON, et al.,  )<br>)<br>Plaintiffs )<br>)<br>V )<br>)<br>MORGAN STANLEY SMITH BARNEY, )<br>WILLIAM KIMBROUGH, et al., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the court on Mark A. Nebrig's Application for Admission to Practice *Pro Hac Vice* of Joseph C. Coates, III. It appearing that Joseph C. Coates, III is a member in good standing with the Florida State Bar and will be appearing with Mark A. Nebrig, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Mark A. Nebrig's Application for Admission to Practice *Pro Hac Vice* (#9) of Joseph C. Coates, III is **GRANTED**, and that Joseph C. Coates, III is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Mark A. Nebrig.

Signed: July 2, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge